# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-20050–02-KHV |
| ) | |
| RAFAEL ESTRADA-NAJERA, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING LOCAL COUNSEL LEAVE TO WITHDRAW

**THE COURT**, having been advised in the premises, and there being no objection by the United States of America or by the defendant, Rafael Estrada-Najera, hereby **SUSTAINS** Kenton M. Hall's motion for leave to withdraw (Doc. #103) as local counsel in this matter.

**IT IS SO ORDERED.**

s/ Kathryn H. Vratil
Kathryn H. Vratil
District Court Judge